UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00184

**James Edward Potts,**
*Plaintiff,*

v.

**Warden G. Webb et al.,**
*Defendants.*

### ORDER

This civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The magistrate judge issued a report recommending that this lawsuit be dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). No objections were filed to the magistrate judge's report.

When no party objects to a magistrate judge's report, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Here, being satisfied that the report contains no clear error, the court accepts its findings and recommendation. This lawsuit is dismissed with prejudice as to the filing of another in forma pauperis lawsuit presenting the same claims, but without prejudice as to the refiling of this lawsuit upon payment of the full filing fee. The plaintiff's application for leave to proceed in forma pauperis is denied.

*So ordered by the court on July 6, 2021.*

J. CAMPBELL BARKER
United States District Judge